# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

The Trustees of the Minnesota State Basic Building Trades Fringe Benefit Funds,

Plaintiffs,

vs

SCANDY CONCRETE, INC., a Minnesota Corporation; and James M. Kauth,

Defendants.

Civil File No. 02-355 RHK/JMM

**ORDER TO REOPEN MATTER AGAINST DEFENDANT JAMES M. KAUTH ONLY**

The above-entitled matter came on without hearing before the undersigned upon Plaintiffs' motion to reopen. Rosene, Haugrud & Staab, Chartered, by Andrew E. Staab, Esq., of St. Paul, Minnesota, appeared for Plaintiffs. There was no, appeared for Defendants.

Based upon the Affidavit of Andrew E. Staab, and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

## ORDER

That this matter be reopened against Defendant James M. Kauth only.

Dated: April 29, 2000

Richard H. Kyle
U.S. District Judge

H:\Labor\7000_7080 Cement Masons\7040.92 Scandy Concrete\Docs\order to reopen.doc

APR 29 2002
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____