UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Trustees of the Minnesota State Basic Building Trades Fringe Benefit Funds,

Plaintiffs,

Civil No. 02-355 (RHK/JMM)

vs.

**INJUNCTION**

SCANDY CONCRETE, INC., a Minnesota corporation, and James M. Kauth,

Defendants.

---

Pursuant to this Court's Order dated May 21, 2002:

1. Co-Defendant James M. Kauth is to submit forthwith to Plaintiffs' Third-Party Administrator ("TPA") all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which are delinquent, together with interest and liquidated damages.

2. Co-Defendant James M. Kauth is to submit forthwith to Plaintiffs' TPA all its books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments.

3. The Co-Defendant James M. Kauth shall cooperate in all ways with this audit.

4. Co-Defendant James M. Kauth is required to post with Plaintiffs' TPA cash or surety bonds in the amount of $30,000.00 to the Twin City Bricklayers Fringe Benefit Funds, $30,000.00 to the Cement Masons Fringe Benefit Funds.

FILED MAY 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

5. Co-Defendant James M. Kauth, acting through his agents, servants, employees, and all persons acting in privity or in concert with him, is **MANDATED** to submit to Plaintiffs' TPA all fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

Dated: May 21, 2002

RICHARD H. KYLE
United States District Judge